AO 93 (Rev 5/85) Search Warrant

## UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

In the Matter of the Search of

1) Motorola Boost Cell Phone
Model No: H62XAH6RR1AN
FCC No: AZ489FT5822
Serial No: 364YEC6YTX

2) Motorola C-116
Model No: C-116 (G8/1.9)
CFT No: RTMOC104-447/450
IMEI No: 010725007267164

3) GARMIN GPS 76CS
Model No: 76CS
ID No: 74149430

**SEARCH WARRANT**

CASE NUMBER:
08MJ0913-WMC

'08 MJ 1027

TO: __Thao V. Luc__ and any Authorized Officer of the United States

Affidavit having been made before me by Thao V. Luc who has reason to believe that on the premises known as

   See Attachment "A"
in the Southern District of California there is now concealed a certain person or property namely

   See Attachment "B"
I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of: Title 8, United States Code, Section 1324(a)(2)(B)(ii), bringing in illegal aliens for financial gain.

YOU ARE HEREBY COMMANDED to search on or before __4-13-08__
                                                          Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __ANTHONY J. BATTAGLIA__, UNITED STATES MAGISTRATE JUDGE as required by law.

United States District Court Judge or United States Magistrate Judge

APR 0 3 2008  /:30 pm  at      San Diego, California
Date and Time Issued            City and State

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE
UNITED STATES MAGISTRATE JUDGE    Name and Title of Judicial Officer
   Signature of Judicial Officer

ATTACHMENT "A"

1) A Black Motorola Boost cellular phone- Model No.: H81XAH6RR1AN, FCC No.: AZ489FT5822, and Serial No: 364YEC6YTX

2) A Blue Motorola C-116 phone- Model No.: C-116 (G8/1.9), FCC No.: IHDT56EX1, and IMEI No: 010725007267164

3) A GARMIN GPS 76CS Model No.: 76CS, ID No: 74149430

These telephones and GPS are currently in the possession of U.S. ICE, 185 West F Street, Suite 600, San Diego, California.

ATTACHMENT "B"

Electronically stored information found subsequent to the search of the property described in ATTACHMENT "A", including telephone numbers of incoming and outgoing calls stored in the call registry, telephone numbers and corresponding names to those numbers in the cellular phones contacts list and other names found within the contacts list, any incoming or outgoing text messages, photographic images, voicemails, and telephone subscriber information.  In addition to the telephonic information, electronically stored information stored within the Global Positioning System (GPS) device listed in ATTACHMENT "A", including coordinates, charts, waypoints, time and date stamps, maps and subscriber information pertaining to the GARMIN GPS device.

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>04/03/2008 | DATE AND TIME WARRANT EXECUTED<br>04/09/2008 1000 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Case File |
| INVENTORY MADE IN THE PRESENCE OF<br>Juan Davila, U.S. Border Patrol Agent | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Item # 1, as listed on Attachment "A")  Electronic information contained within:
A Black Motorola Boost cellular phone,
Model No.: H81XAH6RR1AN, FCC No.: AZ489FT5822, and Serial No: 364YEC6YTX;

"SEE ATTACHMENT #1 OF SEARCH WARRANT RETURN"

Item # 2, as listed on Attachment "A")  Electronic information contained within:
A Blue Motorola C-116 phone,
Model No.:  C-116 (G8/1.9), FCC No.: IHDT56EX1, and IMEI No: 010725007267164

NOTE:   Phone was locked with a "Pin Password."  Summons was issued on 04/10/08 to Sprint cellular service provider to produce current subscriber information, to include any call forwarding features and subscriber information for the number to which the following number(s) is forwarded, service information, billing and credit services and any additional lines associated with this number and reseller/portability information, be provided on the following phone listed as Item #2, Attachment "A."

Item # 3, as listed on Attachment "A")  Electronic information contained within:
A GARMIN GPS 76CS,
Model No.: 76CS, ID No: 74149430

NOTE:  The GARMIN GPS was sent via DHL on April 10, 2008, to LCRD Wendy Tomko (DRI) of the United Sates Coast Guard in Alameda, CA 94501.  The GPS will be downloaded and electronically stored information within the Global Positioning System (GPS) device, listed in ATTACHMENT "A" as item #3, including coordinates, charts, waypoints, time and date stamps, maps and subscriber information will be transferred on to a map.  The map will be delivered to this office for route of travel of the vessel the day of the smuggling event and other possible smuggling routes.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Juan A. Davila_ (signature)

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                                  4/14/08
U.S. Judge or Magistrate                                                   Date

## ATTACHEMENT #1 OF SEARCH WARRANT RETURN

Item # 1, as listed on Attachment "A") Electronic information contained within:
A Black Motorola Boost cellular phone,
Model No.: H81XAH6RR1AN, FCC No.: AZ489FT5822, and Serial No: 364YEC6YTX;

| ███████████████ | ███████████ |
|---|---|
| 1) Acuaman | 125*309*6428 |
| 2) Aquatico | 62*14*10267 |
| 3) Bato | 125*315896*18 |
| 4) Coach | 62*309441*1 |
| 5) Conejo | 646*1906*191 |
| 6) Ham | 126*920*15886 |
| 7) Huera | 122*490*1194 |
| 8) Junior | 124*487*7167 |
| 9) K | 62*174*63*40 |
| 10) KAP | 152*175968*4 |
| 11) Kiri | 62*196758*1 |
| 12) Kuko | 125*349*209 |
| 13) Lanchita | 122*349*209 |
| 14) Manuel | 152*15*42312 |
| 15) Mech | 152*15*9451 |
| 16) Mi Numero | 122*490*1193 |
| 17) N | 152*191446*1 |
| 18) Nich | 122*1415*12 |
| 19) Nicho | 122*489*1720 |
| 20) Pachuko | 152*191*446*2 |
| 21) Roberto | 152*15*16830 |
| 22) Ruben | 152*188262*1 |
| 23) Taxi | 122*490*9 |
| 24) Taxista | 152*159001*1 |
| 25) Tokayo | 125*310*5828 |
| 26) Toky | 124*487*9093 |
| 27) Zi Taxizi | 122*1422*89 |

| ████████████████████ |
|---|
| 1) 0115216461906191 |
| 2) (619) 422-2595 |
| 3) 1800365563 |
| 4) 0456643135851 |
| 5) 6643135851 |